478 A.2d 98

Commonwealth v. Ramsey, Appellant.

Petition for Allowance of Appeal
Denied Oct. 1, 1984.

Submitted November 8, 1983. Paulette J. Balogh, Assistant Public Defender, for appellant; Melinda G. Tell, Assistant District Attorney, for appellee.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Judgment of sentence affirmed.